## TUCKER *v.* WARDEN OF THE MARYLAND HOUSE OF CORRECTION

[App. No. 66, September Term, 1965.]

*Decided January 6, 1966.*

Before PRESCOTT, C. J., and HAMMOND, MARBURY, OPPEN-HEIMER and McWILLIAMS, JJ.

PER CURIAM.

It appearing to the Court that the petitioner is no longer "incarcerated under sentence of * * * imprisonment" (Acts of 1965, Chapter 442), and, as a consequence thereof, his application for leave to appeal has been rendered moot, the application must, therefore, be dismissed.

*Application dismissed.*